**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-00872

Judge Sara L. Ellis

Magistrate Judge Young B. Kim

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 76 | DroolingDog Company |
| 149 | Yomiee HOME/BEAUTY/OUTDOORS Must-haves |
| 62 | absuyy LLC |
| 111 | Mittory Company |
| 140 | VKEKIEO |
| 65 | Aoma Co. Ltd |
| 68 | Chong |
| 87 | Gulan Co.Ltd |
| 95 | Jane |
| 102 | KaisaishangmaoCo.Ltd |
| 127 | shun rong de mao yi Co. ltd |
| 150 | yuanpingxiaofengshangmao Co.Ltd |
| 27 | KidsMind |
| 22 | foshankeqing |

DATED:  April 2, 2023            Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 2, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt