# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Wham−O Holding, Ltd., et al.

                        Plaintiff,

v.

Case No.: 1:23−cv−00872

Honorable Sara L. Ellis

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 9, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: Telephonic status hearing held. Attorney Brian Swift appeared on behalf of the defendant group, including Dragon Rock BK and UT Bar. Counsel for the defendant group reports that they do not plan on filing responsive pleadings and do not oppose an entry of default. Plaintiffs' Motion for Entry of Default and Default Judgment Against the Defendants Identified in First Amended Schedule A [36] is granted. Revised order has been submitted to the Court. Order to follow. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.